**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-02031-CMA-KMT | Date: | June 4, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

HANS PUDIM,                                                                    Colleen Therese Calandra

      Plaintiff,

v.

FASHION CARPETS, INC. D/B/A CARPET                      Tarek F. M. Saad
MILL OUTLET,

      Defendant.

## COURTROOM MINUTES

**Hearing on Motion to Compel**

**1:28 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Also present, Jamie Schrader, client representative for Fashion Carpets, Inc.

Court states its understanding of the issue.
Discussion regarding production of documents.

Ms. Calandra informs the Court the parties are scheduled for third party mediation on June 7, 2013.

Plaintiff's oral motion to withdraw Motion to Compel [26] by Ms. Calandra.

**ORDERED**:     **Plaintiff's Motion to Compel [26] is WITHDRAWN. The parties will inform the Court regarding the status of the case on June 10, 2013 and advise if a continuance is necessary, or if a settlement has been reached**.

**1:44 p.m.**     **Court in recess.**
Hearing concluded.
Total in-court time     00:16

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.